IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JADON K. ARTIS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15-cv-00355 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| B. NIPPER, *et al*, | ) | By:   Michael F. Urbanski |
|     Defendant(s). | ) |         United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 17th day of August, 2015.

/s/ Michael F. Urbanski
United States District Judge